# POMERANTZ LLP

Attorneys at Law

**Jeremy A. Lieberman**  
jalieberman@pomlaw.com

600 Third Avenue  
New York, New York 10016  
T: 212.661.1100   F: 212.661.8665

July 3, 2018

**VIA ECF**

Honorable Naomi Reice Buchwald  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street – Courtroom 21A  
New York, NY 10007-1312

Re: *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11-MD-2262 (NRB); *The Berkshire Bank and Government Development Bank for Puerto Rico v. Bank of America, et al.*, No. 12-cv-5723-NRB

Dear Judge Buchwald:

As requested by the Court, Lender Plaintiffs submit a revised proposed Notice, Summary Notice, and Plan of Distribution, previously filed as exhibits to Lender Plaintiffs' letter of May 4, 2018. ECF Nos. 2506-7, 2506-9, and 2506-11. The revised documents are attached as Exhibits A, B and C. Redlines are attached as Exhibits D, E and F.

Respectfully,

**POMERANTZ LLP**

By: *s/ Jeremy A. Lieberman*  
Jeremy A. Lieberman  
Michael J. Wernke  
Veronica V. Montenegro  
600 Third Avenue  
New York, NY 10016  
Tel: (212) 661-1100  
Fax: (212) 661-8665  
Email: jalieberman@pomlaw.com  
mjwernke@pomlaw.com  
vvmontenegro@pomlaw.com

Honorable Naomi Reice Buchwald
In re LIBOR-Based Financial Instruments Antitrust Litigation
11-MD-2262 (NRB)
July 3, 2018
Page | 2

cc:     All counsel (via ECF )