Case 1:12-cv-05723-NRB Document 396 Filed 12/13/21 Page 1 of 1

1:11-md-02262-NRB.
1:12-cv-05723-NRB

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of December, two thousand twenty-one.

Before:  Gerard E. Lynch,
 Joseph F. Bianco,
 Steven J. Menashi,
  *Circuit Judges*.

---

The Berkshire Bank, individually and on behalf of all others similarly situated, Government Development Bank for Puerto Rico,

    Plaintiffs-Appellants,

v.

Lloyds Banking Group plc, et al.,

    Defendants-Appellees.

---

**ORDER**

Docket No. 20-1987

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 13 2021

Appellants move for (1) partial severance of their appeal with respect to only Appellee The Bank of Tokyo-Mitsubishi UFJ, Ltd., n/k/a MUFG Bank, Ltd. ("MUFG"), (2) a stay of the severed portion of the appeal, and (3) a limited remand of the severed portion to the district court to consider preliminary and final approval of a proposed class action settlement between Appellants and Appellee MUFG.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 12/13/2021